## UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**JAMES SCHILLINGER**                                    **JUDGMENT IN A CIVIL CASE**

v.

**FEDEX CORPORATE SERVICES, INC.**              **CASE NO: 12-2900-A**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on November 12, 2013, this cause is hereby dismissed with prejudice.


**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 11/19/2013**                                    **THOMAS M. GOULD**
                                                        **Clerk of Court**


                                                        **s/Terry L. Haley**
                                                        **(By)   Deputy Clerk**